1  V. ANDREW CASS
   Nevada Bar No. 005632
2  JOHN P. SKALAK
   Nevada Bar No. 004385
3
   **LEWIS BRISBOIS BISGAARD**
4  **& SMITH LLP**
   6385 South Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Tel: (702) 893-3383
6  Fax: (702) 893-3789

7  Attorneys for Plaintiff/Appellant
   *CHARTER OAK FIRE INSURANCE COMPANY*
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA
11

12 CHARTER OAK FIRE INSURANCE              )
   COMPANY,                                )  2:09-cv-00339-RLH-LRL
13                                         )
            Plaintiff,                     )
14                                         )
       vs.                                 )
15                                         )
   GIANGUIDO CERBONI, et al.,              )
16                                         )
            Defendants.                    )
17 _____ )

18

19       **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

20       IT IS HEREBY STIPULATED AND AGREED, by and between the above-named parties, by

21 and through their respective undersigned counsel of record, that the above-entitled and numbered

22 matter, having been amicably and finally settled between Plaintiff and Defendants, the same may be

23 dismissed with prejudice, each party to bear its own attorney's fees and costs incurred herein.

24  ///
25  ///
26  ///
27  ///
28

4852-3458-1770.1

1 | DATED this 3rd day of Aug 2011.        DATED this 1 day of Aug 2011.
2
3 | LEWIS BRISBOIS BISGAARD & SMITH LLP    MURCHISON & CUMMING, LLP
4
5
6 | By: /s/ John Skalak                     By: /s/
     V. Andrew Cass                             Michael J. Nunez
7 |  Nevada Bar No. 005632                      Nevada Bar No. 010703
     John P. Skalak                             6900 Westcliff Drive
8 |  Nevada Bar No. 004385                      Suite 605
     6385 S. Rainbow Blvd. Suite 600            Las Vegas, Nevada 89145
9 |  Las Vegas, NV 89118                        Telephone: (702) 360-3956
     Telephone: (702) 893-3383                  Facsimile: (702) 360-3957
10|  Facsimile: (702) 893-3789                  Attorneys for Defendant
     Attorneys for Plaintiff                    *ENTERPRISE LEASING COMPANY WEST dba*
11|  *CHARTER OAK FIRE INSURANCE COMPANY*       *ENTERPRISE*
12
13
14 | DATED this ____ day of ____ 2011.
15 | DOYLE BERMAN MURDY, PC
16
   | By: /s/
17 | William H. Doyle
     Nevada Bar No. 006960
18 | 3295 North Fort Apache Road, Suite 110
     Las Vegas, Nevada 89119
19 | Telephone: (702) 873-1622
     Facsimile: (702) 873-2280
20 | Attorneys for Defendant
     *GIANGUIDO CERBONI, dba WESTSIDE*
21 | *IMPORTS*

4852-3458-1770.1                -2-

## ORDER

IT IS SO ORDERED.

DATED: This __4th__ day of __August__, 2011.

BY: _Roger L. Hunt_
UNITED STATES DISTRICT JUDGE



4852-3458-1770.1

-3-